Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SANDRA SENGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV 04-1062-AA<br><br>ORDER GRANTING<br>STIPULATED EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7333.77 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

DATED this 11th day of October, 2005.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States District Judge

Presented by:

　/s/ Kimberly K. Tucker
　Alan Stuart Graf, P.C.
　Attorney for Plaintiff